# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SONYA THICKLEN and KEMONISHA SPICER,

    Plaintiffs,

    v.                                Case No. 19-CV-1500

LINDENGROVE, INC.,

    Defendant.

## ORDER

For the reasons discussed in the July 1, 2020 Joint Discovery Motion (Docket # 17), and pursuant to 45 C.F.R. § 164.512(e)(1)(i) and Wis. Stat. §§ 51.30(4)(b)(4) and 146.82(2)(a)(4), the Court **GRANTS** the Motion and **ORDERS AS FOLLOWS**:

(1) Defendant LindenGrove, Inc. shall designate as "Confidential" and shall produce the following documents to Plaintiffs:

- 24-Hour Reports regarding Resident E.W. from May 2018, June 2018 and January 2019;

- April 30, 2019 regarding Resident E.W. from Dr. Rhode;

- Behavior Intervention Team Summaries from May 2018 to December 2018;

- Geropsychiatric notes from May 2018 through June 2019.

(2) Plaintiffs must follow the requirements of the Protective Order as to documents designated "Confidential."

(3) Plaintiffs must destroy the documents produced pursuant to this Order at the conclusion of the above-captioned litigation.

Dated at Milwaukee, Wisconsin this 6th day of July, 2020.

BY THE COURT:

_s/Nancy Joseph_____
NANCY JOSEPH
United States Magistrate Judge

2